23 So.2d 400

## W. J. S. WYNN v. STATE.
### 6 Div. 380.

Supreme Court of Alabama.
July 26, 1945.

Rehearing Denied Oct. 11, 1945.

Horace C. Alford, of Birmingham, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of W. J. S. Wynn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wynn v. State, 23 So.2d 398.

Writ denied.

THOMAS, FOSTER, and STAKELY, JJ., concur.